THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq. SBN 266090
1380 A Street
Hayward, CA 94541
(510) 581-7111
(510) 581-7112 Fax
nateborris@gmail.com

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>THURMAN T. OWENS-WONG<br>STEPHEN S. OWENS-WONG,<br><br>Debtors | Case No.: 19-42278<br>Chapter 13<br><br>**NOTICE OF FILING SECOND AMENDED CHAPTER 13 PLAN AND DEADLINE FOR FILING OBJECTIONS THERETO** |

YOU ARE HEREBY NOTIFIED that the debtors filed a second amended chapter 13 plan on January 4, 2020, Docket No. 29. A copy of the amended chapter 13 plan is attached hereto.

If you wish to oppose confirmation of the amended chapter 13 plan you must file with the court a written objection and request for a hearing on or before the objection deadline 21 days from the date of mailing of this notice, and serve a copy thereof on the undersigned attorney. Objections must clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the court.

Unless otherwise ordered, previously filed objections to any prior chapter 13 plan are deemed moot and new objections must be timely filed addressing this amended plan.

1

| | |
|---|---|
| 1 | If no objections are filed, the amended plan may be confirmed without a hearing, |
| 2 | |
| 3 | DATED: January 6, 2020 |
| 4 | |
| 5 | |
| 6 | /s/ NATHAN D. BORRIS, ESQ. |
| 7 | *Attorney for Debtor(s)* |

# **PROOF OF SERVICE BY MAIL**

I, Nathan D. Borris, certify that the following is true and correct:

I am employed in Hayward, County of Alameda, California, am over the age of eighteen years, and am not a party to the within entitled cause.

My business address is 1380 A Street, Hayward, CA 94541.  On January 6, 2020, I served a NOTICE OF FILING FIRST AMENDED CHAPTER 13 PLAN AND DEADLINE FOR FILING OBJECTIONS THERETO and SECOND AMENDED CHAPTER 13 PLAN by causing true copies thereof, enclosed in sealed envelopes with postage thereon fully prepaid, to be placed in the United States Post Office mail box at Hayward, CA, addressed to the following parties, or served via ECF:

| | |
|---|---|
| Martha G. Bronitsky<br>P.O. Box 5004<br>Hayward, CA 94540-5004 | Bay Cities Credit Union<br>P.O. Box 30<br>Hayward, CA 94543 |
| Patelco Credit Union<br>Law Office of Thomas Caudill<br>1025 N. Fourth Street<br>San Jose, CA 95112 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101 | The Police Credit Union of California<br>The Police Credit Union<br>1250 Grundy Lane<br>San Bruno CA 94066 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001 | TD Retail Card Services<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380 |
| Santander Consumer USA, Inc.<br>1601 Elm St., Ste. 800<br>Dallas, TX 75201 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |

| | |
|---|---|
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Portfolio Recovery Associates<br>POB 41067<br>Norfolk VA 23541 |

PennyMac Loan Services, LLC
P.O. Box 2410
Moorpark, CA 93020

    I am readily familiar with the business practice at my place of business for collection and processing of correspondence for delivery by mail. Correspondence so collected and processed is deposited with the United States Postal Service on the same day in the ordinary course of business. On the above date the said envelopes were collected for the United States Postal Service following ordinary business practices.

    I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 6, 2020 at Hayward, CA.

                                                            <u>/s/ Nathan D. Borris</u>
                                                            Nathan D. Borris